IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| AMY C. CUSTER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 3:18-cv-00109 |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | : | |
| | : | |
| | : | |
| Defendant. | : | |

**<u>MOTION FOR ADMISSION OF CHARLES WEINER *PRO HAC VICE*</u>**

Pursuant to Local Civil Rule 83.5(h), the undersigned counsel for Plaintiff, Amy C. Custer, hereby respectfully moves the Court to permit Charles Weiner, Esq. to be admitted to practice *pro hac vice*, for all purposes, in this action.  In support of said Motion, Attorney Weiner sets forth the following facts:

1.	Attorney Weiner is a principal of the Law Office of Charles Weiner, Cambria Corporate Center, 501 Cambria Avenue, Bensalem, Pennsylvania 19020.  His telephone number is (267) 685-6311, and his fax number is (215) 604-1507.  His email address is charles@charlesweinerlaw.com.

2.	Attorney Weiner is a member in good standing of the Bar of the Commonwealth of Pennsylvania, where he was admitted in November 1988. His bar identification number for Pennsylvania is 52926. A Certificate of Good Standing dated December 21, 2017 from the Supreme Court of Pennsylvania is attached hereto as Exhibit 1.

3.	Attorney Weiner is also a member in good standing of the Bar of the State of New York, Where he was admitted in July 2016. His bar identification number for New York is

5445275. A Certificate of Good Standing dated December 19, 2017 from the Supreme Court, Appellate Division, New York is attached hereto as Exhibit 2.

4. Attorney Weiner is also a member of the United States Court of Appeals for the Third Circuit, where he was admitted in 2008, the United States District Court for the Eastern District of Pennsylvania, where he was admitted in 2005, and the United States District Court for the Middle District of Pennsylvania, where he was admitted in June 2016.

5. Attorney Weiner has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

6. Attorney Weiner has not been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

7. Attorney Weiner has fully reviewed and is familiar with the Federal Rules of Civil Procedure, the Local Rules of The United States District Court for the Northern District of Ohio and the Ohio Rules of Professional Conduct.

8. There are no scheduling orders currently entered in this matter. Accordingly, the granting of this Motion will not require modification of any scheduling order entered by this Court pursuant to Federal Rule of Civil Procedure 16(b) or the deadlines established by the standing order on scheduling in civil cases.

9. There is good cause for Attorney Weiner's admission *pro hac vice* in that Attorney Weiner has an attorney-client relationship with Ms. Custer that pre-dates this litigation. Attorney Weiner is an experienced disability rights attorney who has represented clients throughout the country with similar claims to Ms. Custer. Accordingly, Ms. Custer, a resident of Ohio, has requested that Attorney Weiner participate in her representation in this matter.

10. The requisite fee of $120.00 has been submitted herewith.

WHEREFORE, based on the foregoing, the undersigned respectfully moves that Attorney Weiner be admitted, *pro hac vice*.

Respectfully submitted,


*/s/Charles Weiner*_____

Charles Weiner, Esquire
LAW OFFICE OF CHARLES WEINER
Cambria Corporate Center
501 Cambria Avenue
Bensalem, PA 19020
Tel:  (267) 685-6311
 Fax:  (215) 604-1507
charles@charlesweinerlaw.com

COUNSEL FOR PLAINTIFF
AMY C. CUSTER

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2018, I electronically filed the foregoing

**MOTION FOR ADMISSION OF CHARLES WEINER *PRO HAC VIC*** with the Clerk of the

Court using the CM/ECF system and have further mailed the foregoing to the following:

Shelly Z. Green, Esquire
General Counsel and Director of Legal Services
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102

# EXHIBIT 1



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Charles Weiner, Esq.

#### DATE OF ADMISSION

#### November 10, 1988

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: December 21, 2017

*Patricia A. Johnson*

Patricia A. Johnson
Chief Clerk

EXHIBIT 2



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

---

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Charles Weiner

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **13th day of July, 2016**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **19th day of December, 2017**.



*Robert D. Mayberger*
Clerk