IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| AMY C. CUSTER, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 3-18-cv-00109 |
| : | |
| NATIONAL BOARD OF MEDICAL : | |
| EXAMINERS, : | |
| : | |
| Defendant. : | |

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this action with prejudice, with each party to bear its own expenses, including attorneys' fees.

Respectfully submitted,

_____/s/_____

Charles Weiner, Esquire
LAW OFFICE OF CHARLES WEINER
Cambria Corporate Center
501 Cambria Avenue
Bensalem, PA 19020
Tel: (267) 685-6311
Fax: (215) 604-1507
charles@charlesweinerlaw.com

COUNSEL FOR PLAINTIFF
AMY C. CUSTER