It is so ordered.

s/James G. Carr
Sr. United States District Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| AMY C. CUSTER, | : | Case No. 3:18-cv-00109 |
| | : | |
| Plaintiff, | : | Judge James G. Carr |
| | : | |
| v. | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | : | **MOTION TO DISMISS** |
| | : | |
| Defendant. | : | |

PLEASE TAKE NOTICE that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this action with prejudice, with each party to bear its own expenses, including attorneys' fees.

Respectfully submitted,

/s/*Florence J. Murray*
Florence J. Murray (0080292)
fjm@murrayandmurray.com
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
Sandusky, Ohio 44870-2517
Telephone: (419) 624-3011
Facsimile: (419) 624-0707

Attorney for the Plaintiff

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2018, I electronically filed the foregoing **MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system and have further mailed the foregoing to the following:

Shelly Z. Green, Esquire
General Counsel and Director of Legal Services
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102


/s/*Florence J. Murray*
Florence J. Murray (0080292)
MURRAY & MURRAY CO., L.P.A.

Attorney for Plaintiff